similar to Rule 44.01(a), *see, Nolan v. Kolar,* 629 S.W.2d 661, 663–64 (Mo.App.1982); and the cases cited therein. Accordingly, the motion filed on April 28 was untimely.

Sidwell contends that the parties did not receive notice of the court's overruling of the motion for new trial [as required by Rule 74.78] and, therefore, the ruling was void. Therefore, the overruling of the motion for new trial occurred on October 28, 1982, ninety days after the motion was filed, pursuant to Rule 78.06. The contention is without merit. Rule 74.78 provides "[i]f such notice is not given, said order or judgment shall be set aside for good cause shown upon written motion filed within six months from the entry of the order or judgment." The six month period ended also on April 27, 1983, the last day on which a request for permission to file an untimely Notice of Appeal should have been filed. Sidwell's motion was to be filed within six months, but was filed a day later. Since Sidwell's motion to file an untimely appeal was itself untimely, we are constrained to dismiss the appeal.

Appeal dismissed.

CRIST, P.J., and PUDLOWSKI, J., concur.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

REINHARD, Judge.

The state appeals from the trial court's order vacating movant's convictions for armed criminal action. On April 7, 1978, movant pleaded guilty to two counts of first degree robbery and two counts of armed criminal action. He was sentenced to four concurrent seven year terms of imprisonment.

Movant filed a 27.26 motion alleging his convictions for first degree robbery and armed criminal action constituted double jeopardy. The trial court, relying on *Sours v. State,* 593 S.W.2d 208 (Mo. banc 1980), vacated movant's convictions for armed criminal action.

However the holding in *Sours* was overruled in *Missouri v. Hunter,* —— U.S. ——, 103 S.Ct. 673, 74 L.Ed.2d 535 (1983). Convicting movant of first degree robbery and armed criminal action did not constitute double jeopardy.

Reversed and remanded.

KAROHL, P.J., and CRANDALL, J., concur.

**Ricky DAVIS, Respondent,**

v.

**STATE of Missouri, Appellant.**

**No. 46481.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 1, 1983.

Sarah S. Pleban, Public Defender, Clayton, for appellant.

**Robert W. PAYNE and Judith E. Payne, Appellants,**

v.

**GRIMES REAL ESTATE CO., a corporation, and Louis W. Brakensiek and Janie M. Brakensiek, Respondents.**

**No. 46912.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 1, 1983.